1 | Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
P: 626-795-4700 |F: 626-795-4790

James H. Hanson, *Pro Hac Vice*
jhanson@scopelitis.com
R. Jay Taylor, Jr., *Pro Hac Vice*
jtaylor@scopelitis.com
Alaina C. Hawley (SBN 309191)
ahawley@scopelitis.com
James A. Eckhart (SBN 321101)
jeckhart@scopelitis.com
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777 | F: 317-687-2414

Adam C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
E. Ashley Paynter (SBN 333428)
apaynter@scopelitis.com
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
3214 W McGraw Street, Suite 300
Seattle, WA 98199
P: 206-288-6192 | F: 206-299-9375

ATTORNEYS FOR DEFENDANTS,
U.S. XPRESS ENTERPRISES, INC. AND U.S. XPRESS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AYALA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. XPRESS ENTERPRISES, INC., U.S. XPRESS, INC., and DOES 1 - 100,<br><br>Defendants. | Case No.: 5:16-cv-00137-GW-KK<br><br>**DEFENDANTS' NOTICE OF UNAVAILABILITY**<br><br>Hearing Date:  September 12, 2022<br>Time:          8:30 a.m.<br>Courtroom:     9D |

James H. Hanson and E. Ashley Paynter, as counsel for Defendants, U.S. Xpress, Inc. and U.S. Xpress Enterprises, Inc., submit this notice to the Court regarding their availability for the trial date tentatively set for November 1, 2022.

1. James Hanson is counsel for J.B. Hunt Transport, Inc. in the case of *Girik Issaian v. J.B. Hunt Transport Services, and J.B. Hunt Transport, Inc.*, Case No.: 2:20-cv-00732-SVW-MAA, in the United States District Court for the Central District of California, the court entered summary judgment against Plaintiff, and Plaintiff appealed the judgment to the Ninth Circuit Court of Appeals on June 11, 2021.

2. On May 12, 2022, after the parties completed briefing, the Ninth Circuit Court of Appeals sent an ECF Notice RE Case Being Considered for Oral Argument. James Hanson advised the Court that he was not available for oral argument in the case in September 2022 because of the trial setting in this case. He advised the Ninth Circuit that he would be available in November because he did not have a conflict at the time of submission.

3. On August 25, 2022, this court set the new trial date of November 1, 2022.

4. On August 27, 2022, the Ninth Circuit issued an order setting the oral argument in the *Issaian* appeal for November 8, 2022 for oral argument.

5. The oral argument in Ninth Circuit conflicts with the new tentative trial date that has been set in the *Ayala* case.

6. James Hanson therefore notifies the Court that he is no longer available to start trial in this case on November 1, 2022.

7. Ashley Paynter is lead counsel for Fitzmark, Inc. in the case of *Just Play, LLC v. Fitzmark, Inc.*, Case No.: 22-10235 (*Fitzmark*), in the United States Court of Appeals for the Eleventh Circuit.

8. On August 31, 2022, the Eleventh Circuit assigned *Fitzmark* to its tentative calendar for oral argument during the week of December 12, 2022. Ashley Paynter will be arguing the case to the Eleventh Circuit.

9. Accordingly, Ashley Paynter is unavailable for trial in this matter from

December 1, 2022 through December 16, 2022.

Dated: September 8, 2022            Respectfully submitted,

/s/ *James H. Hanson*
James H. Hanson

Attorney for Defendants,
U.S. Xpress, Inc. and U.S. Xpress Enterprises, Inc.

4893-4274-0272, v. 1