1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY AYALA, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., U.S. XPRESS, INC., and DOES 1-100,<br><br>    Defendants. | Case No.: 5:16-cv-00137-GW KK<br><br>**NOTICE OF REQUEST FOR RULING ON REMAINING OBJECTIONS TO DESIGNATED TESTIMONY OF LISA PATE** |
|---|---|

Plaintiff hereby attaches an annotated/modified copy of excerpts of designated testimony/cross designated testimony from testimony of Lisa Pate, filed at ECF 451-13 and 451-27. Plaintiff has withdrawn portions of objected to testimony, but seeks ruling on the following objections:

1. 451-13 (excerpted portion attached as Ex. 1)
   a. 556:20-557:17
2. 451-27 (excerpted portion attached as Ex. 2)
   a. 31:17-31:23

Respectfully submitted,

*/s/ Justin L. Swidler*
Justin L. Swidler

Attorney for Plaintiff,
ANTHONY AYALA and certified Class

Dated: February 9, 2023