UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AYALA, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., U.S. XPRESS, INC., and DOES 1-100,<br><br>    Defendants. | Case No.: 5:16-cv-00137-GW KK<br><br>**NOTICE OF REQUEST FOR RULING ON REMAINING OBJECTIONS TO DESIGNATED TESTIMONY OF CHAD MIX** |

Plaintiff hereby attaches a copy of designated testimony/cross designated testimony from testimony of Chad Mix, filed at ECF 451-25. Plaintiff seeks ruling on the following objections:

1. 32:17-34:15
2. 34:16-35:12
3. 37:6-37:13 (P objection to D designation)
4. 42:20-44:14
5. 44:23-45:3
6. 56:21-57:2 (P objection to D designation)
7. 91:23-92:8 (testimony is reviewing portions of Trial exhibit 1, identified by pinpoint message id)
8. 93:1-93:4 (testimony is reviewing portions of Trial exhibit 1 identified by pinpoint message id on preceding designated testimony)

Respectfully submitted,

*/s/ Justin L. Swidler*
Justin L. Swidler

Attorney for Plaintiff,
ANTHONY AYALA and certified Class

Dated: February 9, 2023