UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AYALA, individually and on behalf of all those similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., U.S. XPRESS, INC., and DOES 1-100,<br><br>       Defendants. | Case No.: 5:16-cv-00137-GW KK<br><br>**NOTICE OF REQUEST FOR RULING ON REMAINING OBJECTIONS TO DESIGNATED TESTIMONY OF ERIC FULLER** |

Plaintiff hereby attaches an annotated/modified copy of ECF 451-4, designate testimony from the video deposition of Eric Fuller, taken on February 2, 2017. Where indicated, Plaintiff withdraws testimony to which Defendant objected.[1] The remaining lines/pages contain objections for which a ruling is requested:

1. 7:03-12
2. 8:06-21
3. 24:05-21
4. 27:18-25
5. 28:01-05
6. 35:12-16
7. 56:22-57:09

Plaintiff also withdraws the following lines:

1. 33:21-34:9 due to withdrawn testimony from objection Defendant made in this portion at 34:2-34:3.

Respectfully submitted,

*/s/ Justin L. Swidler*
Justin L. Swidler

Attorney for Plaintiff,
ANTHONY AYALA and certified Class

Dated: February 9, 2023

---

[1] The added annotations in black text that appear after an objection are from Plaintiff. Thus, where "withdrawn" is shown, the designated testimony—not the objection, has been withdrawn.