1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AYALA, individually and on behalf of all those similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., U.S. XPRESS, INC., and DOES 1-100,<br><br>　　Defendants. | Case No.: 5:16-cv-00137-GW KK<br><br>**NOTICE OF REQUEST FOR RULING ON REMAINING OBJECTIONS TO DESIGNATED TESTIMONY OF AJ AYALA DESIGNATIONS** |

Plaintiff hereby attaches an annotated/modified copy designated deposition testimony, objections, and cross-designations, of Augustine Ayala, IV. The remaining lines/pages contain objections for which a ruling is requested:

October 24, 2018 (Ex 1)[1]

1. 22:6-22:14
2. 25:5-25:20 (Plaintiff's objection to Defendant's designation; if objection is overruled, 23:23-25:4 should be read to give completeness and understanding)
3. 28:11-28:23
4. 33:20-33:25
5. 54:18-55:20
6. 75:6-75:17
7. 78:9-78:12
8. 82:8-82:11
9. 92:2-92:13
10. 111:6-111:13
11. 134:4-134:13 (Plaintiff's objection to Defendant's designation; if objection is overruled, 134:14-134:15 should be read to give completeness and understanding)

May 2, 2019 (Ex. 2)

1. 8:25-9:10
2. 17:20-19:9
3. 20:8-20:23
4. 21:2-21:12
5. 21:21-21:25
6. 22:2-22:21

---

[1] Where designated testimony is pink, objection is made by plaintiff; where blue, objection is made by defendant.

1      7. 35:8-36:6
2      8. 48:1-48:10
3      9. 58:17-58:22
4      10. 59:22-60:2
5      11. 61:2-61:5
6      12. 61:7-61:13
7      13. 66:7-66:24
8      14. 72:6-72:11
9      15. 73:21-74:3
10     16. 82:1-82:4
11     17. 82:5-83:10
12     18. 83:24-85:6
13     19. 86:6-88:9
14     20. 88:11-88:23
15     21. 88:24-85:2
16     22. 85:3-85:20
17     23. 99:5-99:13
18     24. 101:14-103:24

Respectfully submitted,

*/s/ Justin L. Swidler*
Justin L. Swidler

Attorney for Plaintiff,
ANTHONY AYALA and certified Class

Dated: February 9, 2023