JS-6

1    David Borgen (SBN 099354)
     dborgen@gbdhlegal.com
2    James Kan (SBN 240749)
     jkan@gbdhlegal.com
3    Raymond A. Wendell (SBN 298333)
     rwendell@gbdlegal.com
4    GOLDSTEIN, BORGEN, DARDARIAN & HO
     155 Grand Avenue, Suite 900
5    Oakland, CA 94612

6    Justin Swidler, Esq. *Pro Hac Vice*
     jswidler@swartz-legal.com
7    SWARTZ SWIDLER, LLC
     9 Tanner Street, Suite 101
8    Haddonfield, NJ 08033
     P: 856-283-3525
9    F: 856-685-7417

10   *Attorneys for Plaintiff,*
     *Anthony Ayala and Certified Class*
11

                    UNITED STATES DISTRICT COURT
12                  CENTRAL DISTRICT OF CALIFORNIA

13   ANTHONY AYALA, individually and on      | Case No.: EDCV 16-137-GW-KKx
     behalf of all those similarly situated,
14
                          Plaintiffs,
15                                            | **ORDER: (1) GRANTING FINAL**
            v.                                | **APPROVAL OF SETTLEMENT; (2)**
16   U.S. XPRESS ENTERPRISES, INC., U.S.      | **AWARDING ATTORNEYS' FEES**
     XPRESS, INC., and DOES 1-100,            | **AND COSTS; (3) AWARDING**
17                                            | **SERVICE AWARD; AND (4)**
                          Defendants.         | **ENTERING FINAL JUDGMENT**
18

19

20
            Before the Court are the Plaintiff's Motions: (1) for final approval of class
21
     action settlement; (2) for a service award to the Named Plaintiff as provided for in
22
     the Settlement Agreement; and (3) for an award of attorneys' fees, costs, and
23
     expenses as provided for in the Settlement Agreement. On September 18, 2023, the
24
     Court conducted a hearing (the "Fairness Hearing") to consider final approval of the
25
     settlement.   Prior to the Fairness Hearing, on Friday, September 15, 2023, the Court
26
     provided the Parties a copy of its tentative decision [ECF No. 631], which generally
27

28

1   provided the Court intended to grant Plaintiff's Motions in full, except that the Court

2   did not intend to award full reimbursement for the expert fees incurred by Plaintiff,

3   and stated its intention to reduce the requested expert fees by 30% [ECF No. 631 at

4   13].

5          The Court held oral argument during the Fairness Hearing on Monday,

6   September 18, 2023.  For the reasons provided on the record during the Fairness

7   Hearing, and the reasons provided in the Court's tentative decision, the Court now

8   gives final approval of the Parties' Settlement Agreement, adopts the Court's

9   tentative decision as its final, and modifies its reduction of the expert fees approved

10  for the work performed by Dr. Speakman.  While the Court will not approve the

11  entire $626,864.87 requested by Plaintiff, the Court finds that $525,000 should be

12  approved.  The non-approved expert fees shall revert back to the class fund, to be

13  distributed to class members as provided in the Settlement Agreement.

14         The Parties and the Settlement Administrator are hereby directed to

15  implement and consummate the Settlement according to the terms and provisions of

16  the Settlement Agreement and the Court's Orders.  Class Counsel and Defendants

17  shall take all steps necessary and appropriate to provide Class Members with the

18  benefits to which they are entitled under the terms of the Settlement.

19         This document shall constitute a final judgment for purposes of Rule 58 of the

20  Federal Rules of Civil Procedure. Final Judgment in this action is hereby entered.

21  This Action is hereby dismissed on the merits and with prejudice as to the Released

22  Claims, without fees or costs to any Party except as otherwise provided in this Order,

23  any other Order of this Court, and the Settlement Agreement.

24         Without affecting the finality of this Final Judgment, the Court hereby retains

25  continuing and exclusive jurisdiction over the Parties with respect to all matters

26  relating to the Action and/or the Settlement Agreement, including the administration,

27

28

1  interpretation, construction, effectuation, enforcement, and consummation of the

2  Settlement in accordance with the terms of the Settlement Agreement and this Order

3  and Judgment.

4

5  **IT IS SO ORDERED.**

6

7

8  Dated: September 19, 2023

9                                    HON. GEORGE H. WU,

10                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28